# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1358

HUTZLER MANUFACTURING COMPANY, INC.,

Plaintiff-Appellee,

v.

BRADSHAW INTERNATIONAL, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-7211, Judge Paul G. Gardephe.

Authorized Abbreviated Caption[2]

HUTZLER MANUFACTURING COMPANY V BRADSHAW INTERNATIONAL, INC.,
2013-1358

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.