Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Hutzler Manufacturing Company, Inc.    v.    Bradshaw International, Inc.

No. 2013-1358

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se     ✓ As counsel for:    Bradshaw International, Inc.
                                        Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    _____ Amicus curiae    _____ Cross Appellant

✓ Appellant    _____ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

Name: Robert J. Kenney, Esq.
Law firm: Birch, Stewart, Kolasch & Birch, LLP
Address: 8110 Gatehouse Road
City, State and ZIP: Falls Church, VA 22042
Telephone: 703-205-8000
Fax #: 703-205-8050
E-mail address: rjk@bskb.com; mailroom@bskb.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 24, 1990

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes    _____ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

05/09/2013                              /s/ Robert J. Kenney
Date                                    Signature of pro se or counsel

cc: Michael Robert Graif

123

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May 2013, I will cause a true and correct copy of foregoing to be electronically filed with the Clerk via the Court's ECM/ECF system and thereby electronically served on the following:

**Michael Robert Graif**
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178
Email: MGraif@curtis.com

/s/ Robert J. Kenney
Robert J. Kenney